AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jesse Ebner__
was received by me on *(date)* __8/11/20__.

☒ I personally served the summons on the individual at *(place)* __326 Elk Ave.__
on *(date)* __8/12/20__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __30.00__ for travel and $ _____ for services, for a total of $ __$30.00__ 0.00.

I declare under penalty of perjury that this information is true.

Date: __8/12/20__

_____
Server's signature

Sarah Beabout
Printed name and title

PO Box 4007, Crested Butte, CO 81224
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset