**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-2174-WJM

BARRY ALAN SULLIVAN and
JENNIFER DIESMAN SULLIVAN,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and JESSE EBNER, individually,

Defendants.
_____

**ENTRY OF APPEARANCE**
_____

E. Catlynne Shadakofsky, of the law firm White and Steele, P.C., hereby enters her appearance on behalf of Defendants Ebner Real Estate, LLC d/b/a Signature Properties Ebner & Associates a/k/a Ebner & Associates Signature Properties, and Jesse Ebner.

Respectfully submitted this 18th day of August, 2020.

*s/ E. Catlynne Shadakofsky*
James M. Meseck
E. Catlynne Shadakofsky
White and Steele, P.C.
600 17th Street, Suite 600N
Denver, Colorado 80202-5406
Telephone:  303-296-2828
Email:  jmeseck@wsteele.com
           cshadakofsky@wsteele.com

*Attorneys for Defendants*

2

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 18th day of August, 2020, a true and correct copy of the foregoing was e-served via CM-ECF to the following:

Neal Cohen
SULLIVAN COHEN LLC
1495 Canyon Boulevard
Boulder, CO  80302
*Attorneys for Plaintiff*

*s/Charlene Falk*
For White and Steele, P.C.