**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-2174

BARRY ALAN SULLIVAN, and
JENNIFER DIESMAN SULLIVAN,

    Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES
EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and
JESSE EBNER, individually,

    Defendants.

---

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COURT'S SHOW CAUSE ORDER**

---

Plaintiffs Barry Alan Sullivan and Jennifer Diesman Sullivan move for an enlargement of time to respond to the Court's Show Cause Order because counsel for Plaintiffs, Neal S. Cohen ("Cohen"), did not receive notice of the Show Cause Order until September 1, 2020.  The grounds for this motion are as follows:

Plaintiffs filed their Complaint on July 23, 2020.

On July 27, 2020, the Court issued a Show Cause Order requiring Plaintiffs to respond by July 29, 2020 alleging the citizenship of each member of Defendant Ebner Real Estate, LLC in order to adequately demonstrate the basis for the Court's diversity jurisdiction under 28 U.S.C.§ 1332.

Cohen did not receive notice of the Court's Show Cause Order.  *See* Declaration of Neal S. Cohen ("Cohen Decl."), attached hereto, at ¶ 3.

On September 1, 2020, Cati Shadakofsky, counsel for Defendants, emailed the undersigned counsel for Plaintiffs stating that she had filed the Answer to the Complaint. Cohen Decl. at ¶ 4.

Cohen had not received notice of the filing of the Answer, so he went to the Court's PACER system to obtain it.  At that point, he learned for the first time of the Court's July 27, 2020 Show cause Order. Cohen Decl. at ¶ 5.

Cohen immediately called the Office of the Clerk of the United States District Court for the District of Colorado to ascertain the reason for his failure to receive any notices of filings in this matter.  Cohen was informed that the Court's electronic filing system showed that his email – neal@sullcoh.com -- was "inactive."  In fact, Cohen's email – neal@sullcoh.com – is not inactive.  The Clerk referred Cohen to Mark Fredrickson at Attorney Services and transferred the call to Mr. Fredrickson.  Cohen Decl. at ¶ 6.

Because Mr. Fredrickson did not answer the call, Cohen left a voice mail message explaining the problem.  Mr. Fredrickson responded a short time later by email explaining that Cohen's noticing had been switched off. Cohen Decl. at ¶ 7.

Having received actual notice of the Court's Show cause Order on September 1, 2020, Plaintiffs immediately prepared the attached Response to Order to Show Cause. Cohen Decl. at ¶ 8.

Pursuant to D.C.COLO.LCivR 7.1, counsel have conferred with respect to this request and counsel for Defendants has no objection to this requested enlargement.

For the reasons set forth above, Plaintiffs respectfully request an enlargement of time of 48 hours from the time the Court grants the motion to file the attached Response to Order to Show Cause.

DATED:  the 2nd day of September 2020.

        s/ Neal Cohen
        **Neal Cohen**
        Sullivan Cohen LLC
        1495 Canyon Boulevard
        Boulder, CO 80302
        Telephone: (303) 835-4993
        Email: neal@sullcoh.com
        Attorney for Plaintiffs Barry Alan Sullivan
        and Jennifer Diesman Sullivan

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2d day of September, 2020, a true and correct copy of the foregoing was e-served via CM-ECF to the following:

James M. Meseck
E. Catlynne Shadakofsky
White and Steele, P. C.
600 17th Street, Suite 600N
Denver, CO 80202
*Attorneys for Defendants*