IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2174

BARRY ALAN SULLIVAN, and
JENNIFER DIESMAN SULLIVAN,

    Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES
EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and
JESSE EBNER, individually,

    Defendants.

## PLAINTIFFS' PROPOSED RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs Barry Alan Sullivan and Jennifer Diesman Sullivan submit this Response to the Court's Order to Show Cause.

The Court's July 27, 2020 Order to Show Cause states, among other things, that "Plaintiffs' Complaint alleges that the Court has jurisdiction pursuant to 28 U.S.C. § 1332 based on the diversity of the parties. Defendant Ebner Real Estate LLC, is identified as a limited liability company. The Court must consider the citizenship of all members of the LLC in determining whether diversity jurisdiction exists. . . .  As filed, Plaintiffs' Complaint is deficient in that, apart from an unsubstantiated bald assertion to that effect, it fails to establish the citizenship of every member of Defendant Ebner Real Estate LLC. Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE, by July 29, 2020, as to why the Court should not on its own motion dismiss this action based on Plaintiffs'

failure to allege facts sufficient to show that the Court has diversity jurisdiction over this matter."

Because publicly available information about membership of limited liability companies is limited, Plaintiffs' counsel conferred with counsel for Defendants about the membership of Ebner Real Estate, LLC. Counsel for Defendants has confirmed that the only member of Ebner Real Estate, LLC is Defendant Jesse Ebner, and that Ms. Ebner is a resident of Colorado.  In her Answer to the Complaint, Ebner admits that she lives at 326 Elk Avenue, Suite D, Crested Butte, CO 81224.

Plaintiffs have filed an Amended Complaint that alleges these additional jurisdictional facts.

DATED:  the 2$^{d}$ day of September 2020.

s/ Neal Cohen

**Neal Cohen**
Sullivan Cohen LLC
1495 Canyon Boulevard
Boulder, CO 80302
Telephone: (303) 835-4993
Email: neal@sullcoh.com
Attorney for Plaintiffs Barry Alan Sullivan and Jennifer Diesman Sullivan