IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2174-WJM

BARRY ALAN SULLIVAN and
JENNIFER DIESMAN SULLIVAN,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and JESSE EBNER, individually, Defendants.

_____

**ENTRY OF APPEARANCE**
_____

Jennifer L. Sullivan, of the law firm Sullivan Cohen LLC, hereby enters her appearance on behalf of Plaintiffs Barry Alan Sullivan and Jennifer Diesman Sullivan.

Respectfully submitted this 1st day of October, 2020.

s/ Jennifer L. Sullivan

**SULLIVAN COHEN LLC**
1495 Canyon Boulevard Boulder, CO 80302
Telephone: (303) 835-4993
Email: jennifer@sullcoh.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of October, 2020, a true and correct copy of the foregoing was e-served via CM-ECF to the following:

E. Catlynne Shadakofsky
James M. Meseck
White and Steele, P.C.
600 17th Street, Suite 600N
Denver, Colorado 80202-5406
Email: jmeseck@wsteele.com, cshadakofsky@wsteele.com

                                                         s/ Jennifer L. Sullivan
                                                         SULLIVAN COHEN LLC