IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN, and
JENNIFER DIESMAN SULLIVAN,

    Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES
EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and
JESSE EBNER, individually,

    Defendants.

---

### PLAINTIFFS' CERTIFICATION OF REVIEW

---

Plaintiffs Barry Alan Sullivan and Jennifer Diesman Sullivan submit this Certification of Review pursuant to C.R.S.§ 13-20-602 as follows:

(I) Counsel for Plaintiffs has consulted a person who has expertise in the area of the alleged negligent conduct; and

(II) That the professional who has been consulted pursuant to subparagraph (I) of this paragraph (a) has reviewed the known facts, including such records, documents, and other materials which the professional has found to be relevant to the allegations of negligent conduct and, based on the review of such facts, has concluded that the filing

1

of the claims against Defendants does not lack substantial justification within the meaning of section 13-17-102(4).

DATED:  the 1st day of October 2020.

          s/ Neal Cohen
**Neal Cohen**
Sullivan Cohen LLC
1495 Canyon Boulevard
Boulder, CO 80302
Telephone: (303) 835-4993
Email: neal@sullcoh.com
Attorney for Plaintiffs Barry Alan Sullivan
and Jennifer Diesman Sullivan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this1st day of October, 2020, a true and correct copy of the foregoing was e-served via CM-ECF to the following:

James M. Meseck
E. Catlynne Shadakofsky
White and Steele, P. C.
600 17th Street, Suite 600N
Denver, CO 80202
*Attorneys for Defendants*