# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# MAGISTRATE JUDGE GORDON P. GALLAGHER

| | |
|---|---|
| Civil Action No. 20-cv-2174-WJM-GPG | FTR: Grand Junction, Colorado |
| Date October 1, 2020 | Court Deputy: A. Barnes |

BARRY ALAN SULLIVAN, and
JENNIFER DIESMAN SULLIVAN,
Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES
EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a
Colorado Limited Liability Company, and
JESSE EBNER, individually,
Defendants.

_____

MINUTES Scheduling Conference
_____

Court in Session: 10:01 AM

Appearances all via telephone: For Plaintiffs: Neal Cohen and Jennifer Sullivan; and For Defendants: Catlynne Shadakofsky and James Meseck.

After discussion, Court entered Scheduling Order which shall be filed separately.

ORDERED: By 4-19-2021, the parties shall file a written status report on the progress of discovery in general and progress on meeting the scheduling order deadlines.

Discussion concerning exchange of initial discovery.

ORDERED: The Court schedules a further telephonic status conference with the parties to check on the initial exchange of discovery progress as follows: Parties to call 888-363-4749, Access 3136546# at **10:00 AM on 10-8-2020** to Room 323 with Magistrate Judge Gordon P. Gallagher. Also the parties shall file a written update to the Court by 10-6-2020 on the initial discovery matters discussed. If the parties no longer have issues, they are to so notify the court in this report.

Court in Recess: 10:32 AM
Duration: 31 minutes