# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN, and
JENNIFER DIESMAN SULLIVAN,

    Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES
EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a
Colorado Limited Liability Company, and
JESSE EBNER, individually,

    Defendants.

---

### PLAINTIFFS' FIRST SUPPLEMENTAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1)

Plaintiffs Barry Alan Sullivan and Jennifer Diesman Sullivan hereby submit their First Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1,) with new material underlined, as follows:

**I.    PERSONS WITH KNOWLEDGE AND DISCOVERABLE INFORMATION**

The following individuals likely have knowledge and discoverable information that Plaintiffs may use to support their claims:

| Witness | Subject Matter/Identify |
|---|---|
|  |  |

1

|    |                                                                                                          |                                                                                                                          |
|----|----------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------------------------------|
| 1. | Barry Sullivan<br>733 Bishop Street, Suite 2900<br>Honolulu, HI 96813                                    | Liability, Causation, Damages                                                                                            |
| 2. | Jesse Ebner<br>Ebner & Associates/Signature Properties<br>326 Elk Avenue<br>Crested Butte, CO 81224      | Liability, Causation, Damages                                                                                            |
| 3. | Catherine Benson<br>LIV Sotheby's International Realty<br>401 Elk Avenue<br>P.O. Box 210<br>Crested Butte, CO 81224 | Seller's agent - Liability, Damages                                                                           |
| 4. | DBC Limited Partnership<br>David & Bette Chenault<br>5212 Strack Road<br>Houston, TX 77069               | Seller - Liability, Damages                                                                                              |
| 5. | Victoria Chenault<br>c/o Busch Law Firm PLLC<br>1420 NW Gilman Blvd, #9014<br>Issaquah, WA 98207         | Seller's daughter-in-law and legal counsel on easement - Liability, Damages                                              |
| 6. | Molly Minneman<br>Town of Crested Butte<br>Town Hall, 507 Maroon Avenue<br>Crested Butte, CO 81244       | Town official who informed Tony Veit that property was considered historic - Liability                                   |
| 7. | Tony Veit<br>Tony Viet Builders, Inc.<br>393 Lower Highlands Road<br>Crested Butte, CO 81244             | General contractor who was informed, after closing, that Town of Crested Butte considered the home historic - - Liability, damages |
| 8. | Andrew Hadley<br>Architect<br>123 Elk Ave, No. 2<br>Crested Butte, CO 81244                              | Architect engaged to obtain demolition permit and redevelopment permit - Liability, damages                              |

| | | |
|---|---|---|
| 9. | Aaron Huckstep, Esq.<br>426 Belleview Ave, Suite 303<br>Crested Butte, CO 81224 | Attorney engaged for, among other things, historic and flood plain issues - Liability, damages |
| 10. | Ben Somrak<br>Somrak Concept & Structure<br>503 Red Lady Avenue, No. 104<br>Crested Butte, CO 81224 | Design/Build contractor engaged to assist with permit and construction - Liability, damages |
| 11. | CTL/Thompson, Inc.<br>234 Center Drive<br>Glenwood Springs, CO 81601 | Geotechnical engineer retained for new construction - damages |
| 12. | SGM<br>Tyler Harpel<br>103 W. Tomichi Ave, Suite A<br>Gunnison, CO 81230 | Survey and engineer retained responsive to flood plain requirements imposed by Town of Crested Butte and topographic surveyor - damages |
| 13. | Michael Weil Custom Homes<br>P.O. Box 1481<br>Crested Butte, CO 81224 | General contractor - damages |
| 14. | Town of Crested Butte<br>Floor Plain Administrator<br>Town Hall, 507 Maroon Avenue<br>Crested Butte, CO 81244 | Liability |
| 15. | Eric Treadwell<br>Town of Crested Butte<br>Town Hall, 507 Maroon Avenue<br>Crested Butte, CO 81244 | Town employee variously assigned to planning, rental and flood plain assignments - Liability |
| 16. | Troy P. Russ<br>Community Development Director<br>Town of Crested Butte<br>Town Hall, 507 Maroon Avenue<br>Crested Butte, CO 81244 | Town employee assigned to planning and flood plain - Liability |
| 17. | Any individual identified by Defendants, or any other party, during discovery. | |
| 18. | Any individual whose identity is currently unknown to Plaintiffs | |

|     | and who may have information pertaining to this dispute. |     |
| --- | --- | --- |
| 19. | Any individual with knowledge or information necessary for impeachment or rebuttal. |     |

## II. LISTING, DESCRIPTION, AND LOCATION OF DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS

The following documents are located in Hawaii and are in the possession, custody and control of Plaintiffs. The documents are being collected, reviewed and Bates numbered, and will be produced on a rolling basis as they are prepared for disclosure.

1. Emails with Jesse Ebner, including attachments;
2. Emails related to 113 Sopris with others – Pre-Closing, including attachments;
3. Emails related to redevelopment of 113 Sopris, including attachments;
4. Correspondence between counsel for the Sullivans and third parties;
5. All transaction documents, including but not limited to:
    a. All pre-closing documents related to the property and the transaction, including but not limited to:
        i. Buyer's Agency Agreements with defendants
        ii. Definitions of Working Relationships
        iii. Purchase and Sale Agreement for 1134 Sopris
        iv. Improvement Location Certificate

  b. All post-Closing documents related to the property and the transaction, including but not limited to documents related to efforts to develop the property, such as:

   i. Survey

   ii. Geotech report

   iii. Architect plan/application

   iv. Flood plain report from SGM

   v. <u>Appraisal</u>

   vi. <u>Rental records</u>

   vii. <u>Documents reflecting expenses incurred and paid in attempting to bring the property into the condition it was represented to be in at the time of purchase</u>

   viii. <u>Documents related to redevelopment of 113 Sopris</u>

6. Any document identified by any other party.

7. Plaintiffs reserve the right to supplement these disclosures.

## III. COMPUTATION OF DAMAGES

The following are Plaintiffs' likely categories of damages:

 1. The difference in the actual value of the subject property at the time of purchase and the <u>value as of the date of trial</u> if it were in the condition as represented (this category is currently estimated to be in a range from $220,000 to $580,000, subject to further analysis <u>and expert report and testimony</u>); and

2.      The cost to Plaintiffs of putting the property in the condition that would bring it into conformity with the value of the property as it was represented, if possible (this category is currently estimated to be in a range from $40,000 to $100,000, subject to further analysis and developments).

## IV. INSURANCE AGREEMENT

Plaintiffs have no insurance coverage for their losses in this case.

DATED: the 5th day of October 2020.

s/ *Neal Cohen*
Neal Cohen
Jennifer L. Sullivan
Sullivan Cohen LLC
1495 Canyon Boulevard
Boulder, CO 80302
Telephone: (303) 835-4993
Email: neal@sullcoh.com
Attorney for Plaintiffs Barry Alan Sullivan
and Jennifer Diesman Sullivan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of October, 2020, a true and correct copy of the foregoing was sent via e-mail to the following:

James M. Meseck
E. Catlynne Shadakofsky
White and Steele, P. C.
600 17th Street, Suite 600N
Denver, CO 80202
*Attorneys for Defendants*

          s/ Jennifer L. Sullivan
          for Sullivan & Cohen LLC