# EXHIBIT C

# Jim Meseck

| | |
|---|---|
| **From:** | Jennifer Sullivan <jennifer@sullcoh.com> |
| **Sent:** | Saturday, September 26, 2020 9:37 AM |
| **To:** | Cati Shadakofsky; Jim Meseck |
| **Cc:** | Debbie Eurich; Neal Cohen |
| **Subject:** | Plaintiffs' Disclosures Pursuant to Fed.R.Civ.P. 26(a) |

CAUTION: External email

Dear Jim and Cati,

Below is a link to download Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), numbered BAS_000001 – BAS_002652. Additional documents will follow.

Best regards,
Jennifer

Jennifer L. Sullivan

**Sullivan Cohen**
1495 Canyon Blvd
Boulder, Colorado 80302
www.sullcoh.com

---

**Citrix Attachments**                          Expires March 24, 2021

PROD001.zip                                     81 MB

[Download Attachments]

Erin Perczak uses Citrix Files to share documents securely. Learn more.