**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GORDON P. GALLAGHER**

| | |
|---|---|
| Civil Action No. 20-cv-2174-WJM-GPG | FTR: Grand Junction, Colorado |
| Date October 8, 2020 | Court Deputy: A. Barnes |

BARRY ALAN SULLIVAN, and
JENNIFER DIESMAN SULLIVAN,
Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES
EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a
Colorado Limited Liability Company, and
JESSE EBNER, individually,
Defendants.

_____

MINUTES Discovery Conference
_____

Court in Session: 10:02 AM

Appearances all via telephone: For Plaintiffs: Neal Cohen and Jennifer Lee Sullivan, attorney; and For Defendants: Catlynne Shadakofsky and James Meseck.

At this hearing, the topics to be addressed are set forth in the Joint Status Report provided by the parties and found on CMECF at D.27.

The Court heard the arguments of each side on damages calculations.

ORDERED: The Court Ordered that the damages calculations are adequate for now and shall be updated as discovery continues.

The Court heard the arguments of each side as to Plaintiffs' initial disclosures and Defendants' lack of Bates numbers and lack of referred attachments having been produced.

ORDERED: The Court Ordered that Plaintiffs must, within 14 days, either disclose the remainder of their initial disclosures to Defendants or provide the address/es of the location/s [in Hawaii] where the documents are stored and in what format they are stored (i.e., electronic, and if so, what type of software and/or hardware used; or hard copy) as well as 'what categories of information is stored where' (home; or office; and so on). If Defendants send a person to retrieve the information, the person needs to know in what format the information is stored to be able to retrieve it.

ORDERED: The Court Ordered that Defendants do not need to provide Bates numbering although that would be helpful.

ORDERED: The Court Ordered that Defendants shall disclose relevant attachments that were referred to in their already-produced initial disclosures.

Court in Recess: 10:38 AM
Duration: 36 minutes