IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN and
JENNIFER DIESMAN SULLIVAN,

Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and JESSE EBNER, individually,

Defendants.

---

**DEFENDANTS' CERTIFICATE OF REVIEW**

---

Defendants Ebner Real Estate, LLC d/b/a Signature Properties Ebner & Associates a/k/a Ebner & Associates Signature Properties ("Ebner Real Estate") and Jesse Ebner ("Ms. Ebner") (collectively the "Defendants"), by and through their attorneys of record, White and Steele, P.C., hereby submit this Certificate of Review, pursuant to C.R.S. § 13-20-602, regarding the professionals identified in their Designation of Non-Parties at Fault.

1. The undersigned certifies that White and Steele, P.C., has consulted with a licensed professional with regard to the work, conduct, and role of DBC Limited Partnership; David I. Chenault, individually and as trustee for the David Isaac Chenault, Jr. Trust and the Megan Lawler Chenault Trust; Bette L. Chenault, individually and as trustee for the David Isaac Chenault, Jr. Trust and the Megan Lawler Chenault Trust; the David Isaac Chenault, Jr. Trust; and the Megan Lawler Chenault Trust, in regard to the sale of the residential real property

located at 113 Sopris Avenue, Crested Butte, CO 81224 ("the Property"), including but not limited to its disclosures and marketing of the Property as being not historic and available for demolition and redevelopment.

2.     The undersigned further certifies that the professional who has been consulted pursuant to C.R.S. § 13-20-602 has reviewed the known facts, including such records, documents, and other materials which the professional has found to be relevant to the allegations made by Plaintiffs, and based on the review of such facts, the professional consultant has concluded that the filing of the Designation of Non-Party at Fault does not lack substantial justification as defined by C.R.S. § 13-17-102(4).

3.     The undersigned further certifies that the licensed professional consulted can demonstrate by competent evidence that, as a result of training, education, knowledge, and experience, the professional is competent to express an opinion as to the conduct of DBC Limited Partnership; David I. Chenault, individually and as trustee for the David Isaac Chenault, Jr. Trust and the Megan Lawler Chenault Trust; Bette L. Chenault, individually and as trustee for the David Isaac Chenault, Jr. Trust and the Megan Lawler Chenault Trust; the David Isaac Chenault, Jr. Trust; and the Megan Lawler Chenault Trust.

4.     The undersigned certifies that White and Steele, P.C., has consulted with a licensed professional with regard to the work and conduct of real estate professional Catherine "Cathy" Benson and the brokerage of Sycamore Brokerage, LLC that now operates under the trade name of Crested Butte LIV Sotheby's International Realty, in regard to the marketing and sale of the Property to Plaintiffs, while acting in their professional capacity as a Colorado licensed real estate broker and active real estate brokerage.

5. The undersigned further certifies that the professional who has been consulted pursuant to C.R.S. § 13-20-602 has reviewed the known facts, including such records, documents, and other materials which the professional has found to be relevant to the allegations made by Plaintiffs, and based on the review of such facts, the professional consultant has concluded that the filing of the Designation of Non-Party at Fault does not lack substantial justification as defined by C.R.S. § 13-17-102(4).

6. The undersigned further certifies that the licensed professional consulted can demonstrate by competent evidence that, as a result of training, education, knowledge, and experience, the professional is competent to express an opinion as to the conduct of Ms. Benson and Sycamore Brokerage, LLC a/k/a Crested Butte LIV Sotheby's International Realty.

7. The undersigned certifies that White and Steele, P.C., has consulted with a licensed professional with regard to the work and conduct of real estate professional Catherine "Cathy" Benson and Cathy Benson, Inc., the entity that operated under the trade name of Crested Butte LIV Sotheby's International Realty at the time of the subject transaction, in regard to the marketing and sale of the Property to Plaintiffs, while acting in their professional capacity as a Colorado licensed real estate broker and active real estate brokerage.

8. The undersigned further certifies that the professional who has been consulted pursuant to C.R.S. § 13-20-602 has reviewed the known facts, including such records, documents, and other materials which the professional has found to be relevant to the allegations made by Plaintiffs, and based on the review of such facts, the professional consultant has concluded that the filing of the Designation of Non-Party at Fault does not lack substantial justification as defined by C.R.S. § 13-17-102(4).

9. The undersigned further certifies that the licensed professional consulted can demonstrate by competent evidence that, as a result of training, education, knowledge, and experience, the professional is competent to express an opinion as to the conduct of Ms. Benson and the entity that operated under the trade name of Crested Butte LIV Sotheby's International Realty at the time of the subject transaction.

10. The undersigned certifies that White and Steele, P.C., has consulted with a licensed professional with regard to the work and conduct of the law firm of Sullivan Meheula Lee, LLLP, in regard to the legal services provided relating to the purchase of the Property by Plaintiffs, while Barry Sullivan acted in his professional capacity as a licensed real estate attorney.

11. The undersigned further certifies that the professional who has been consulted pursuant to C.R.S. § 13-20-602 has reviewed the known facts, including such records, documents, and other materials which the professional has found to be relevant to the allegations made by Plaintiffs, and based on the review of such facts, the professional consultant has concluded that the filing of the Designation of Non-Party at Fault does not lack substantial justification as defined by C.R.S. § 13-17-102(4).

12. The undersigned further certifies that the licensed professional consulted can demonstrate by competent evidence that, as a result of training, education, knowledge, and experience, the professional is competent to express an opinion as to the conduct of Mr. Sullivan and Sullivan Meheula Lee, LLLP.

Respectfully submitted this 21st day of October, 2020.

s/ *James M. Meseck*
James M. Meseck
E. Catlynne Shadakofsky
White and Steele, P.C.
600 17th Street, Suite 600N
Denver, Colorado 80202-5406
Telephone:  303-296-2828
Email:  jmeseck@wsteele.com
cshadakofsky@wsteele.com
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 21, 2020, a true and correct copy of the foregoing was e-served via CM-ECF to the following:

Neal Cohen
SULLIVAN COHEN LLC
1495 Canyon Boulevard
Boulder, CO  80302
*Attorneys for Plaintiff*

*s/Violet Perry*
For White and Steele, P.C.

5