IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN and
JENNIFER DIESMAN SULLIVAN,

Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and JESSE EBNER, individually,

Defendants.

---

**DEFENDANTS' DESIGNATION OF NON-PARTIES AT FAULT**

---

Defendants Ebner Real Estate, LLC d/b/a Signature Properties Ebner & Associates a/k/a Ebner & Associates Signature Properties ("Ebner Real Estate") and Jesse Ebner ("Ms. Ebner") (collectively the "Defendants"), by and through their attorneys of record, White and Steele, P.C., hereby submit their Designation of Nonparties at Fault and state as follows:

1.   Notice is hereby given that all past, present, or future parties to this action are hereby designated as non-parties whose liability may be considered at trial, regardless of whether the parties are dismissed from this case hereafter, by stipulation, summary judgement, Court order, bankruptcy, covenant not to sue or execute, release, assignment, or otherwise.  Each and every allegation contained in Plaintiffs' Amended Complaint in this case is hereby incorporated herein, without admitting or denying said allegations, and the liability of each such party is based upon the Plaintiffs' allegations as to duty, breach, and damages approximately caused thereby.

The purpose of this designation is to place all parties on notice that, to the extent there may be any ambiguity in C.R.S. § 13-21-111.5, it is the intention of Defendants that the trier of fact will consider the relative fault of all persons ever named as parties in this case, even if such parties are no longer parties to this case at the time of trial. Notice is thus hereby given that the proportionate fault of any settling or otherwise non-participating defendant may be at-issue at trial in this case.

2. DBC Limited Partnership, last known address 5212 Strack Road, Houston, TX 77069-1522, telephone number unknown. DBC Limited Partnership was the seller of the residential real property located at Property. As the seller of the Property, DBC Limited Partnership owed Plaintiffs and other prospective buyers a contractual and common law duty to disclose accurate and complete information about the Property. DBC Limited Partnership had information regarding the condition and status of the Property, including whether it was historic and whether or not it was in a flood zone. The information provided in the Property's marketing materials stated the possibility of demolishing the existing home and building new or additional structures on the land. DBC Limited Partnership may have breached its duties to Plaintiffs and such breach gave rise to the subject lawsuit by representing that the Property was not historic and further by failing to disclose that a portion of the Property is in a 100-year flood zone. DBC Limited Partnership may be responsible due to its breaches, negligence, concealment, and misrepresentations, for some or all of Plaintiffs' claimed damages and losses in this case.

3. David I. Chenault, individually and as trustee for the David Isaac Chenault, Jr. Trust and the Megan Lawler Chenault Trust, last known address 5212 Strack Road, Houston, TX 77069-1522, telephone number unknown. Mr. Chenault is a general partner of DBC Limited

Partnership. A general partner can be held liable for actions of the partnership. Mr. Chenault may be held liable for DBC Limited Partnership's disclosure and marketing of the Property as not being historic and further personally by failing to disclose his knowledge, including but not limited to that the Property was considered historic by the Town of Crested Butte and that a portion of the Property is in a 100-year flood zone. Mr. Chenault may be responsible due to his breaches, negligence, concealment, and misrepresentations, for some or all of Plaintiffs' claimed damages and losses in this case.

4. Bette L. Chenault, individually and as trustee for the David Isaac Chenault, Jr. Trust and the Megan Lawler Chenault Trust, last known address 5212 Strack Road, Houston, TX 77069-1522, telephone number unknown. Ms. Chenault is a general partner of DBC Limited Partnership. A general partner can be held liable for actions of the partnership. Ms. Chenault may be held liable for DBC Limited Partnership's disclosure and marketing of the Property as not being historic and further personally by failing to disclose her knowledge, including but not limited to that the Property was considered historic by the Town of Crested Butte and that a portion of the Property is in a 100-year flood zone. Ms. Chenault may be responsible due to her breaches, negligence, concealment, and misrepresentations, for some or all of Plaintiffs' claimed damages and losses in this case.

5. The David Isaac Chenault, Jr. Trust, last known address 5212 Strack Road, Houston, TX 77069-1522, telephone number unknown. The David Isaac Chenault, Jr. Trust is a general partner of DBC Limited Partnership. A general partner can be held liable for actions of the partnership. The David Isaac Chenault, Jr. Trust may be held liable for DBC Limited Partnership's disclosure and marketing of the Property as not being historic and further

personally by failing to disclose its knowledge that the Property was considered historic by the Town of Crested Butte and that a portion of the Property is in a 100-year flood zone.  The David Isaac Chenault, Jr. Trust may be responsible due to its breaches, negligence, concealment, and misrepresentations, for some or all of Plaintiffs' claimed damages and losses in this case.

6. The Megan Lawler Chenault Trust, last known address 5212 Strack Road, Houston, TX 77069-1522, telephone number unknown.  The Megan Lawler Chenault Trust is a general partner of DBC Limited Partnership.  A general partner can be held liable for actions of the partnership.  The Megan Lawler Chenault Trust may be held liable for DBC Limited Partnership's disclosure and marketing of the Property as not being historic and further personally by failing to disclose that the Property was considered historic by the Town of Crested Butte and that a portion of the Property is in a 100-year flood zone.  The Megan Lawler Chenault Trust may be responsible due to its breaches, negligence, concealment, and misrepresentations, for some or all of Plaintiffs' claimed damages and losses in this case.

7. Current and former employees, independent contractors, and real estate brokers associated with Sycamore Brokerage, LLC that now operates under the trade name of Crested Butte LIV Sotheby's International Realty, 401 Elk Avenue, Crested Butte, CO 81224, (970) 209-5015, including but not limited to Catherine "Cathy" Benson.  Ms. Benson was the listing broker and seller's agent for DBC Limited Partnership in the underlying real estate transaction that is the subject matter of the lawsuit.  As the seller's agent, Ms. Benson owed the Plaintiffs certain duties as enumerated at CRS § 12-10-401, *et seq.* (2019), and per Colorado Real Estate Commission approved regulations.  Ms. Benson may have had actual knowledge of condition and status of the Property, including whether it was considered historic and could not

4

be taken down. Ms. Benson marketed the Property, in part, as follows: "developable," "Plenty of FAR to add to the property or possibility of tearing down the existing home," "Convert the garage by adding a second story deed restricted apartment," "there are options to live as is, design a new 2000 sq ft home and request to remove the existing structure or remodel as is," and "This is a wonderful building site and priced below most vacant lots in town!" The failure to disclose to Plaintiffs adverse material facts actually known by the broker, including facts regarding the condition and historic status of the Property and related misrepresentations, gave rise to the subject law suit. Crested Butte Sotheby's International Realty may have breached its duties to Plaintiffs as the employing broker of Ms. Benson to properly and fully supervise Ms. Benson as required by statute, regulation, and industry standards and practices. Sycamore Brokerage, LLC, currently operating under the trade name of Crested Butte Sotheby's International Realty, may be vicariously liable for the acts of its employee or agent, Ms. Benson.

8. Current and former employees, independent contractors, and real estate brokers associated with Cathy Benson, Inc., the entity that operated under the trade name of Crested Butte LIV Sotheby's International Realty at the time of the subject transaction, last known address 401 Elk Avenue, Crested Butte, CO 81224, P.O. Box 142, Crested Butte, CO 81224, last telephone unknown, including but not limited to Catherine "Cathy" Benson. Ms. Benson was the listing broker and seller's agent for DBC Limited Partnership in the underlying real estate transaction that is the subject matter of the lawsuit. As the seller's agent, Ms. Benson owed the Plaintiffs certain duties as enumerated at CRS § 12-10-401, *et seq.* (2019), and per Colorado Real Estate Commission approved regulations. Ms. Benson may have had actual knowledge of condition and status of the Property, including whether it was considered historic and could not

be taken down.  Ms. Benson marketed the Property, in part, as follows: "developable," "Plenty of FAR to add to the property or possibility of tearing down the existing home," "Convert the garage by adding a second story deed restricted apartment," "there are options to live as is, design a new 2000 sq ft home and request to remove the existing structure or remodel as is," and "This is a wonderful building site and priced below most vacant lots in town!"  The failure to disclose to Plaintiffs adverse material facts actually known by the broker, including facts regarding the condition and historic status of the Property and related misrepresentations, gave rise to the subject law suit.  Crested Butte Sotheby's International Realty may have breached its duties to Plaintiffs as the employing broker of Ms. Benson to properly and fully supervise Ms. Benson as required by statute, regulation, and industry standards and practices.  Cathy Benson, Inc. may be vicariously liable for the acts of its employee or agent, Ms. Benson.

9. Sullivan Meheula Lee, LLLP, 733 Bishop St STE 2900, Honolulu, HI 96813, (808) 599-9555.  Plaintiff Barry Sullivan is a licensed attorney associated with the law firm of Sullivan Meheula Lee, LLLP.  Based upon correspondence from Mr. Sullivan using his professional work email address, he and others associated with or employed by Sullivan Meheula Lee, LLLP are reasonably believed to have performed legal work regarding the subject transaction.  Mr. Sullivan represented in email correspondence from his professional work email address that he is a real estate lawyer in Hawaii.  To the extent that work was performed by Sullivan Meheula Lee, LLLP, regarding the subject transaction, including the historic designation issue, the law firm is responsible for some or all of Plaintiffs' claimed damages and losses in this case.

10. The Town of Crested Butte's Board of Zoning and Architectural Review ("BOZAR"), 507 Maroon Avenue, Crested Butte, CO 81224, P.O. Box 39, (970) 349-5338. BOZAR informed Mr. Sullivan about the Property's alleged condition or status as a historic property that cannot be demolished. Members or representatives of BOZAR may have misinterpreted, misapplied, or misrepresented the applicable municipal code, regulations, and laws governing historic districts, preservation policies, and flood-zone requirements; or arbitrarily and capriciously changed the position of BOZAR regarding the condition or status of the Property. Representations of BOZAR gave rise to the subject lawsuit. BOZAR may be liable for some or all of Plaintiffs' claimed damages.

11. All non-party designations made by any party at any time in this case are hereby incorporated herein.

12. Defendants reserve the right to designate additional non-parties at fault of whom Defendants learn as this case progresses.

Respectfully submitted this 21st day of October, 2020.

s/ *James M. Meseck*
James M. Meseck
E. Catlynne Shadakofsky
White and Steele, P.C.
600 17th Street, Suite 600N
Denver, Colorado 80202-5406
Telephone: 303-296-2828
Email: jmeseck@wsteele.com
          cshadakofsky@wsteele.com
*Attorneys for Defendants*

7

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 21, 2020, a true and correct copy of the foregoing was e-served via CM-ECF to the following:

Neal Cohen
SULLIVAN COHEN LLC
1495 Canyon Boulevard
Boulder, CO  80302
*Attorneys for Plaintiff*

*s/Violet Perry*
For White and Steele, P.C.