**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN and
JENNIFER DIESMAN SULLIVAN,

      Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES EBNER &
ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a
Colorado Limited Liability Company, and JESSE EBNER, individually,

      Defendants.

---

**ORDER GRANTING JOINT MOTION TO STAY DEADLINES PENDING
MEDIATION**

---

This matter comes before the Court on the parties Joint Motion to Stay Deadlines

Pending Mediation. Pursuant to this Court's authority, the Court hereby GRANTS the

Joint Motion, and orders as follows:

1.  All upcoming deadlines in this case are stayed.

2.  On or before the status conference scheduled for April 15, 2021, the parties will

advise the Court of the outcome of the mediation scheduled for March 23, 2021.

3.  Should mediation fail, the parties will propose new dates for each of the following

deadlines: (a) expert designations; (b) rebuttal expert deadlines; (c) the discovery cut-off

date; and (4) the dispositive motion deadline.

DATED at Grand Junction, Colorado, this _____ day of _____, 2021.


BY THE COURT:


_____
United States Magistrate Judge
Gordon P. Gallagher