IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN and
JENNIFER DIESMAN SULLIVAN,

    Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and JESSE EBNER, individually,

    Defendants.

## ORDER GRANTING JOINT MOTION TO STAY DEADLINES PENDING MEDIATION

This matter comes before the Court on the parties Joint Motion to Stay Deadlines Pending Mediation. Pursuant to this Court's authority, the Court hereby GRANTS the Joint Motion, and orders as follows:

1. All upcoming deadlines in this case are stayed.

2. On or before the status conference scheduled for April 15, 2021, the parties will advise the Court of the outcome of the mediation scheduled for March 23, 2021.

3. Should mediation fail, the parties will propose new dates for each of the following deadlines: (a) expert designations; (b) rebuttal expert deadlines; (c) the discovery cut-off date; and (4) the dispositive motion deadline.

While the Court notes that stays are generally disfavored, the reasoning and short duration proposed are an inefficient use of resources in this discrete circumstance.  However, should mediation not be successful, the parties should anticipate rapid resumption of discovery.

1

DATED at Grand Junction, Colorado, this __2__ day of __March__, 2021.

BY THE COURT:

United States Magistrate Judge
Gordon P. Gallagher