IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN and
JENNIFER DIESMAN SULLIVAN,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and JESSE EBNER, individually,

Defendants.

_____

### JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY OF DEADLINES PENDING ONGOING SETTLEMENT DISCUSSIONS
_____

The parties, jointly through their respective undersigned counsel, submit this Joint Status Report and Request to Continue Stay of Deadlines Pending Ongoing Settlement Discussions. The grounds for the request are as follows:

1. The parties wish to advise the Court that they engaged in a second phase of mediation on May 3, 2021, and are negotiating terms of a settlement agreement.  Because the agreement is not finalized, and the parties intend to pursue resolution, they ask that the Court extend the stay of deadlines up to and including Monday, May 24, 2021.

2. On March 2, 2021, the Court entered an order staying deadlines in the case pending mediation and instructed the parties to advise the Court of the outcome of mediation on or before the status conference scheduled for April 15, 2021.

3. The parties recognize the importance of discovery and the litigation process and understand the Court's concern to impose a "brief" extended stay to continue negotiation toward a settlement.

4. Because the parties continue to engage in meaningful, good-faith settlement discussions in the hopes of resolving the case without further litigation, costing the parties and the Court valuable resources, the parties respectfully request that this Court enter an order extending the stay of the expert disclosure deadlines and stay all other deadlines outlined in the Case Management Order.

5. As previously stated in the parties' joint requests for a stay of deadlines pending mediation and to accommodate ongoing settlement discussions, this Court has authority pursuant to this Court's Scheduling Order of October 6, 2020, and Colorado law to alter or amend deadlines. *Khoja v. DPD Sub, Inc.*, No. 15-CV-00258-WYD-KMT, 2015 WL 3862536, *1 (D. Colo. June 22, 2015); *Lundy v. C.B. Fleet Co., Inc.*, No. 09-cv-00802-WYD-KLM, 2009 U.S. Dist. LEXIS 62160 at 2, 2009 WL 1965521 (D. Colo. July 6, 2009) (citing *Clinton v. Jones*, 520 U.S. 681, 706 (1997)).

6. In considering whether a stay is appreciate, a court considers three factors: "(1) potential prejudice to the nonmoving party; (2) hardship and inequity to the moving party of the action is not stayed; and (3) the judicial resources that would be saved by avoiding duplicative litigation." *Franklin v. Merck & Co.*, No. 06-cv-02164-WYD-BNB, 2007 U.S. Dist. LEXIS 5010, 2007 WL 188264, at 82 (D. Colo. Jan. 24, 2007) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)).

7. Considering these factors, an extended stay is appropriate. The parties will be prejudiced by reinstating the deadlines originally set in the Court's Case Management Order. The parties have invested significant time and effort preparing to negotiate a good-faith resolution of this matter. Denying their joint request to continue the stay of deadlines would put the parties in the position of continuing the costly efforts of written discovery, depositions, and obtaining expert opinions while also seeking to resolve the case. Importantly, continuing the stay will save judicial resources by allowing the parties to work toward a resolution without proceeding with disclosures and motions requiring judicial review and response.

8. The parties respectfully request that the Court continue and extend the stay of deadlines in the case up to and including May 24, 2021.

Respectfully submitted this 17th day of May, 2021.

| s/ *E. Catlynne Shadakofsky* | s/ *Neal Cohen* |
|---|---|
| James M. Meseck | Neal Cohen |
| E. Catlynne Shadakofsky | Jennifer L. Sullivan |
| White and Steele, P.C. | Sullivan Cohen LLC |
| 600 17th Street, Suite 600N | 1495 Canyon Boulevard |
| Denver, Colorado 80202-5406 | Boulder, Colorado 80302 |
| Telephone: 303-296-2828 | Telephone: 303-835-4993 |
| Email: jmeseck@wsteele.com | Email: neal@sullcoh.com |
| cshadakofsky@wsteele.com | jennifer@sullcoh.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on May 17, 2021, a true and correct copy of the foregoing was e-served via CM-ECF to the following:

Neal Cohen
Jennifer Sullivan
SULLIVAN COHEN LLC
1495 Canyon Boulevard
Boulder, CO  80302
Email: neal@sullcoh.com
jennifer@sullcoh.com
*Attorneys for Plaintiff*

Per D.C.COLO.LCivR 6.1(c) and Judge Martinez's Practice Standards, II.D.2., this Motion was served by email on Defendant Jesse Ebner personally and as representative of Defendant Ebner Real Estate.

                *s/Darla Frechette*
                For White and Steele, P.C.