## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN, and
JENNIFER DIESMAN SULLIVAN,

    Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES
EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and
JESSE EBNER, individually,

    Defendants.

___

### ENTRY OF APPEARANCE OF ROSS W. PULKRABEK FOR PLAINTIFFS
___

Ross W. Pulkrabek, of Keating Wagner Polidori Free, P.C., hereby enters his appearance as counsel on behalf of Plaintiffs Barry Sullivan and Jennifer Sullivan.

Dated: May 24, 2021

        Respectfully submitted,

        /s/ *Ross W. Pulkrabek*
        Ross W. Pulkrabek
        Keating Wagner Polidori Free, P.C.
        1290 Broadway, Suite 600
        Denver, Colorado 80203
        303.534.0401
        rpulkrabek@keatingwagner.com

## CERTIFICATE OF SERVICE

      I hereby affirm that on May 24, 2021, I filed the foregoing through EM/ECF, effectuating electronic service on the following:

Neal Cohen
Jennifer Sullivan
Sullivan Cohen
1495 Canyon Blvd.
Boulder, CO 80302
neal@sullcoh.com
jennifer@sullcoh.com

James Meseck
Catlynne Shadakofsky
White and Steele, P.C.
600 17th Street, Suite 600N
Denver, CO 80202
jmeseck@wsteele.com
cshadakofsky@wsteele.com


                                                            */s/    Amanda Sauermann*
                                                                      Amanda Sauermann