# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN, and
JENNIFER DIESMAN SULLIVAN,

    Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES
EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and
JESSE EBNER, individually,

    Defendants.

---

## ENTRY OF APPEARANCE OF AARON D. GOLDHAMER FOR PLAINTIFFS
---

    Aaron D. Goldhamer, of Keating Wagner Polidori Free, P.C., hereby enters his appearance as counsel on behalf of Plaintiffs Barry Sullivan and Jennifer Sullivan.

Dated: May 24, 2021

                                    Respectfully submitted,

                                    /s/ *Aaron D. Goldhamer*
                                    Aaron D. Goldhamer
                                    Keating Wagner Polidori Free, P.C.
                                    1290 Broadway, Suite 600
                                    Denver, Colorado 80203
                                    303.534.0401
                                    agoldhamer@keatingwagner.com

## CERTIFICATE OF SERVICE

  I hereby affirm that on May 24, 2021, I filed the foregoing through EM/ECF, effectuating electronic service on the following:

Neal Cohen
Jennifer Sullivan
Sullivan Cohen
1495 Canyon Blvd.
Boulder, CO 80302
neal@sullcoh.com
jennifer@sullcoh.com

James Meseck
Catlynne Shadakofsky
White and Steele, P.C.
600 17th Street, Suite 600N
Denver, CO 80202
jmeseck@wsteele.com
cshadakofsky@wsteele.com

              */s/  Amanda Sauermann*
              Amanda Sauermann