**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN, and
JENNIFER DIESMAN SULLIVAN,

    Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES
EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a
Colorado Limited Liability Company, and
JESSE EBNER, individually,

    Defendants.

---

**JOINT STIPULATED MOTION FOR BRIEF EXTENSION OF TIME TO FILE
PROPOSED REVISED SCHEDULING ORDER**

---

Plaintiffs and Defendants (henceforth the "Parties"), by and through their respective undersigned counsel, for their Joint Stipulated Motion for Brief Extension of Time to File Proposed Revised Scheduling Order ("Joint Stipulated Motion"), state the following:

**Statement Concerning Conferral**

The Parties have conferred concerning and jointly stipulate to the relief sought by this Joint Stipulated Motion.

1.    On March 1, 2021, the Parties filed a Joint Motion to Stay Deadlines Pending Mediation. [#40]  The Court granted that Joint Motion and ordered that the Parties provide new proposed deadlines for expert designation deadlines (including rebuttal experts), the discovery cut-off, and the dispositive motions deadline. [#44]

1

2. On April 12, 2021, the Parties requested a continuance of that stay. [#45] The Court granted that request as well. [#47]

3. The Parties attended mediation and settlement discussions remain ongoing.

4. On May 24, 2021, new counsel entered an appearance for Plaintiffs. [## 51, 52] Plaintiffs anticipate that their earlier counsel will be withdrawing.

5. Plaintiffs' new counsel requires a brief extension of time within which to confer with counsel for Defendants with respect to the filing of an updated scheduling order.

6. Good cause and compelling reasons exist for the Court to consider and grant the relief requested herein.

7. As such, the Parties jointly request that the Court grant this Joint Stipulated Motion and provide them through and including Thursday, May 27, 2021, within which to file an updated scheduling order.

8. As indicated by the joint and stipulated nature of this request, no party will be prejudiced by the sought relief.

WHEREFORE, the Parties respectfully request that the Court grant them through and including May 27, 2021, within which to file a proposed scheduling order.

Dated: May 25, 2021

Respectfully submitted,

/s/ *Aaron D. Goldhamer*  
Aaron D. Goldhamer  
Keating Wagner Polidori Free, P.C.  
1290 Broadway, Suite 600  
Denver, Colorado 80203  
303.534.0401  
agoldhamer@keatingwagner.com  
*Attorneys for Plaintiffs*

/s/ *James Meseck*  
James Meseck  
White and Steele, P.C.  
600 17th Street, Suite 600N  
Denver, CO 80202  
303.824.4320  
jmeseck@wsteele.com  
*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

       I hereby affirm that on May 25, 2021, I filed the foregoing through EM/ECF, effectuating electronic service on the following:

Neal Cohen
Jennifer Sullivan
Sullivan Cohen
1495 Canyon Blvd.
Boulder, CO 80302
neal@sullcoh.com
jennifer@sullcoh.com

James Meseck
Catlynne Shadakofsky
White and Steele, P.C.
600 17th Street, Suite 600N
Denver, CO 80202
jmeseck@wsteele.com
cshadakofsky@wsteele.com

       Additionally, pursuant to D.C.COLO.L.CivR 6.1(c), I hereby certify that I emailed a copy of the foregoing to Plaintiffs.

                                      */s/     Amanda Sauermann*
                                           Amanda Sauermann