IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN, and
JENNIFER DIESMAN SULLIVAN,

      Plaintiffs,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES
EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and
JESSE EBNER, individually,

      Defendants.

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Undersigned counsel for Plaintiffs Barry Alan Sullivan and Jennifer Diesman Sullivan (the "Sullivans") move pursuant to D.C.COLO.LAttyR 5(b) to withdraw as counsel of record. The Sullivans have recently engaged new counsel, Ross Whiting Pulkrabek and Aaron David Goldhamer of Keating Wagner Polidori Free, P.C., both of whom have entered their appearances, to represent them going forward in this case and have requested that the undersigned Neal Cohen and Jennifer Sullivan of Sullivan Cohen LLC cease their representation.

Accordingly, the undersigned respectfully request that the Court grant this motion and enter an order granting this request to withdraw.

DATED: May 26, 2021

Respectfully submitted,

s/ *Neal S. Cohen*
Neal S. Cohen
Jennifer L. Sullivan
Sullivan Cohen LLC
1495 Canyon Boulevard
Boulder, CO 80302
Telephone: (303) 835-4993
Email: neal@sullcoh.com
Attorneys for Plaintiffs Barry Alan Sullivan and Jennifer Diesman Sullivan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of May, 2021, a true and correct copy of the foregoing was e-served via CM-ECF to the following counsel of record:

Ross Whiting Pulkrabek
Aaron David Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
*Attorneys for Plaintiffs*

James M. Meseck
E. Catlynne Shadakofsky
White and Steele, P. C.
600 17th Street, Suite 600N
Denver, CO 80202
*Attorneys for Defendants*

And served to Plaintiffs:
Barry Alan Sullivan
Jennifer Diesman Sullivan
733 Bishop Street, Suite 2900
Honolulu, HI 96813
via email: sullivan@SMLhawaii.com

*s/Neal S. Cohen*
Neal S. Cohen