**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN and
JENNIFER DIESMAN SULLIVAN,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and JESSE EBNER, individually,

Defendants.
_____

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

Plaintiffs Barry Alan Sullivan and Jennifer Diesman Sullivan, by and through their counsel Keating Wagner Polidori Free, P.C., and Defendants Ebner Real Estate, LLC d/b/a Signature Properties Ebner & Associates a/k/a Ebner & Associates Signature Properties, and Jesse Ebner, by and through their counsel White and Steele, P.C., hereby stipulate and agree that all claims, causes of action, and demands of any kind or character, whether known or unknown, irrespective of whatever legal theory upon which they may be based, anticipated or unanticipated, including claims for damages, costs, fees, or sanctions, whether dismissed, released, adjudicated, or unasserted, of Plaintiffs against Defendants should be dismissed with prejudice, each party to pay his, her, or its own attorney fees, costs, and expenses.  An Order of Dismissal is filed simultaneously with this Stipulation.

Respectfully submitted this  27th day of July, 2021.

| | |
|---|---|
| s/ *James M. Meseck* | s/ *Aaron Golhamer* |
| James M. Meseck | Ross Pulkrabek |
| E. Catlynne Shadakofsky | Aaron Goldhamer |
| White and Steele, P.C. | Keating Wagner Polidori Free, P.C. |
| 600 17th Street, Suite 600N | 1290 Broadway, Suite 600 |
| Denver, Colorado 80202-5406 | Denver, Colorado 80203 |
| Telephone:  303-296-2828 | Telephone:  303-534-0401 |
| Email: jmeseck@wsteele.com | Email: rpulkrabek@keatingwagner.com |
| cshadakofsky@wsteele.com | agoldhamer@keatingwagner.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

2

CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on July 27, 2021, a true and correct copy of the foregoing was e-served via CM-ECF to the following:

Ross Pulkrabek
Aaron Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, Colorado 80203
Telephone:  303-534-0401
Email: rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiffs*

                *s/Charlene Falk*
                For White and Steele, P.C.

2