## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-2174-WJM-GPG

BARRY ALAN SULLIVAN and
JENNIFER DIESMAN SULLIVAN,

v.

EBNER REAL ESTATE, LLC d/b/a SIGNATURE PROPERTIES EBNER & ASSOCIATES a/k/a EBNER & ASSOCIATES SIGNATURE PROPERTIES, a Colorado Limited Liability Company, and JESSE EBNER, individually,

Defendants.
_____

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THE COURT, having reviewed the parties' Stipulation for Dismissal with Prejudice and being sufficiently advised, hereby orders:

Plaintiffs' claims against Defendants are dismissed with prejudice, each party to pay his, her, or its own attorney fees, costs, and expenses.

Dated this ___ day of _____, 2021.

BY THE COURT:

_____
William J. Martinez
District Court Judge